COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Samuel E. Williams v. J-P REI Solutions, LLC

Appellate case number:   01-20-00201-CV

Trial court case number: 1148091

Trial court:             County Civil Court at Law No. 1 of Harris County

Appellant, Samuel E. Williams, has filed a notice of appeal of the trial court's final order signed on February 26, 2020. He also has filed a motion to appeal as indigent. The clerk's record filed in this Court includes his "statement of inability to afford payment of court costs or an appeal bond" and his "statement of inability to afford payment of costs to appeal an eviction judgment." *See* TEX. R. CIV. P. 145(a), (b); *see also* TEX. R. CIV. P. 502.3. The record filed in this Court does not reflect that any motion to require appellant to pay costs or any contest to appellant's declaration was filed. *See* TEX. R. CIV. P. 145(f). **Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs.** *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1.

It is so ORDERED.


Judge's signature: _____/s/ Russell Lloyd_____
                            Acting individually


Date:  April 28, 2020